**Motion Granted in Part; Vacated and Remanded and Memorandum Opinion filed January 17, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00859-CV

---

### MIGUEL CUEVAS, Appellant

### V.

### MARIA ELIZABETH ARRIAGA, Appellee

---

**On Appeal from the 257th District Court
Harris County, Texas
Trial Court Cause No. 2017-29125**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 2, 2018. On November 6, 2018, this court abated the appeal and ordered the parties to conduct mediation. On January 2, 2019, the parties filed an agreed motion to reverse the judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted in part. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(B), we set aside the

trial court's judgment signed April 2, 2018, and remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.